UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN A. BARTOLINI,

                         Plaintiff,

          -against-

TOWN OF YORKTOWN, et al.,

                         Defendants.

25-CV-8508 (JGLC)

ORDER OF SERVICE

JESSICA G. L. CLARKE, United States District Judge:

    Plaintiff, who is proceeding *pro se*, originally commenced this action on October 13, 2025, and paid the filing fees on October 20, 2025. ECF No. 1.

    The Clerk of Court is directed to issue summonses as to Defendants Town of Yorktown, Edward Lachterman, Alex Rodriguez, Jason Zeif, Bleakely Platt & Schmidt LLP, Dan Ciarcia, John Landi, Gary Link, Robert Noble, Huntersville Association, John Nettlefield, Philip Graham, Cassie Carothers, Wendy Wolf, Rebecca Lynch, Allison Frost, Westchester County, Patricia Peckham, Randall Pratt, and Leda Blumberg. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses and file proof of service.[1]

    If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    Plaintiff has consented to receiving court documents by electronic mail. ECF No. 8.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

Plaintiff is reminded that by consenting to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

SO ORDERED.

Dated: October 22, 2025
       New York, New York

                                                                  Jessica G. L. Clarke
                                                            United States District Judge