UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN A. BARTOLINI,

                    Plaintiff,

        -against-

TOWN OF YORKTOWN, et al.,

                  Defendants.

25-CV-8508 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On November 22, 2025, Plaintiff John A. Bartolini ("Plaintiff" or "Mr. Bartolini") filed a letter indicating his intent to file an amended complaint adding additional defendants and a motion to disqualify attorneys representing presently named Defendants. *See* ECF No. 49. Subsequently, counsel for Defendants Town of Yorktown, Edward Lachterman, Adam Rodriguez, Jason Zeif, Dan Ciarcia, John Landi, Gary Link, Robert Noble, and Bleakley, Platt & Schmidt LLP and counsel for Defendant Wendy Wolf requested a stay of responsive pleadings in light of the pending amendment. *See* ECF Nos. 72–73. Their request for a stay is GRANTED. The Court also GRANTS a *sua sponte* stay of responsive pleadings to Defendant Cassie Carothers. Similarly, the Court *sua sponte* STAYS Plaintiff's opposition to all pending motions to dismiss while he prepares an amended complaint. Plaintiff SHALL file his amended complaint by **January 2, 2026**.

Further, to the extent Plaintiff seeks to file a motion for disqualification, Plaintiff is hereby ORDERED to submit a pre-motion letter by **December 12, 2025**, briefly stating the basis for this intended motion. The letter may not exceed 1,000 words. Upon receipt of the December 12, 2025 letter, the Court will determine whether a briefing schedule for such motion would be appropriate or whether such motion would be frivolous.

Finally, Defendant Carothers is ORDERED to provide the *Pro Se* Intake Unit with her current mailing address so that it can be maintained on the case docket. She can contact them at the address below:

> Pro Se Office
> United States District Court
> Southern District of New York
> Thurgood Marshall Courthouse
> 40 Centre Street, Room 105
> New York, NY 10007
> (212) 805-0175

Defendants Cassie Carothers and Rebecca Lynch are also encouraged to consent to receive electronic service, per the Court's Individual Rules and Practices in Civil Pro Se Cases.

Plaintiff is directed to serve a copy of this order to Defendant Cassie Carothers by December 8, 2025. The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant Rebecca Lynch and terminate ECF Nos. 72 and 73.

Dated: December 1, 2025
New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge