UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN A. BARTOLINI,

                Plaintiff,

      -against-

TOWN OF YORKTOWN, et al.,

                Defendants.

25-CV-8508 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On January 6, 2026, Plaintiff, proceeding *pro se*, submitted an electronic letter directly to Chambers requesting withdrawal of an amended complaint he submitted to *Pro Se* Docketing because of issues related to "ai transcription hallucinations." *See* Attachment 1. The Court is also in receipt of Plaintiff's letter filed on the docket requesting an extension. *See* ECF No. 86. Plaintiff's Amended Complaint was due on January 2, 2026. ECF No. 76. Given Plaintiff's *pro se* status, the Court hereby extends his time to a file a corrected amended complaint. Accordingly, Plaintiff SHALL file his new Amended Complaint by **January 23, 2026**. The Court also hereby dockets Plaintiff's letter mailed to Chambers as an attachment to this Order.

Dated: January 8, 2026
      New York, New York

                            SO ORDERED.

                            *Jessica Clarke*

                            JESSICA G. L. CLARKE
                            United States District Judge