UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN A. BARTOLINI,<br><br>                              Plaintiff,<br><br>            -against-<br><br>TOWN OF YORKTOWN, et al.,<br><br>                              Defendants. | 25-CV-8508 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff John A. Bartolini, proceeding *pro se*, originally commenced this action on October 13, 2025. ECF No. 1. Shortly after filing his Complaint, Mr. Bartolini filed an Order to Show Cause (OTSC) and request for a Preliminary Injunction (PI) and Temporary Restraining Order (TRO). *See* ECF No. 4. The Court denied his initial request, citing a failure to demonstrate irreparable harm and likelihood of success on the merits. ECF No. 13. On January 20, 2026, Plaintiff filed an Amended Complaint adding more than twenty additional defendants to this action. *See* ECF No. 88. On January 23, 2026, Mr. Bartolini filed a second OTSC for a PI and TRO. ECF No. 89. The Court WITHOLDS ruling on Mr. Bartolini's OTSC until all new defendants have been served.

The bar for issuing an *ex parte* relief is extremely high. *See Austin v. Altman*, 332 F.2d 273, 275 (2d Cir. 1964); *Suber v. VVP Servs.*, No. 20-cv-8177 (AJN), 2021 WL 1101235, at *19 (S.D.N.Y. Mar. 23, 2021); *Commey v. Adams*, No. 22-cv-0018 (RA), 2022 WL 62155, at *2 (S.D.N.Y. Jan. 6, 2022). "Importantly, Plaintiff is not seeking to 'preserve the status quo' until the Court has an opportunity 'to hold a hearing' and pass on the merits." *Valles v. California Dep't of Corr. & Rehab.*, No. 25-CV-8050 (MKV), 2025 WL 3219449, at *1 (S.D.N.Y. Oct. 8, 2025) (quoting *Granny Goose Foods, Inc. v. Brotherhood of Teamsters & Auto Truck Drivers*

*Local No. 70*, 415 U.S. 423, 430 (1974)). "Rather, he is asking a judge who is unfamiliar with the details of [the underlying local proceedings] to intervene and alter the conditions" of the local jurisdiction's prior determinations. *Id.*

Accordingly, the Court requires Mr. Bartolini to serve upon all newly added Defendants a summons, the Amended Complaint, and his new OTSC for a TRO and PI. After proof of service for all Defendants has been filed on the docket, and Defendants have had an opportunity to respond or otherwise be heard, the Court will adjudicate his application.

The Court also notes that Plaintiff's Amended Complaint appears to dismiss Robert Noble from this action. Within five days of this Order, Plaintiff is directed to confirm via letter to the Court that his intent was to dismiss Mr. Noble, in which case the Court will dismiss him from the case.

The Clerk of Court is directed to issue summonses as to Defendants Adam Rodriguez, Katherine E. Krahulik, Steven Fraietta, Ingrid O'Sullivan, Isabel Klein, Susan Siegel, Phyllis Bock, Aaron Bock, John Tegeder, Dave Paganelli, Westchester Land Trust, Yorktown Land Trust, Phillip Graham, Dena Graham, Ibrahim Ahmad, Fitim Lajqi, Arlinda Lajqi, Laura Mushnick Greenberg, Jeff Greenberg, Susie Bind, Mark Edwards, Durante Bock & Tota, PLCC, David Kvinge, and Consolidated Edison Company of New York.

Dated: January 23, 2026
        New York, New York

SO ORDERED.

_____
JESSICA G. L. CLARKE
United States District Judge