

February 5, 2026

**Eliza M. Scheibel**
914.872.7303 (direct)
Eliza.Scheibel@wilsonelser.com

***Via ECF***



Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

Re:    *John A. Bartolini v. Town of Yorktown, et al.* 25-cv-08508-JGLC
File No:    10097.00622

Dear Judge Clarke:

We represent Defendants Town of Yorktown, Edward Lachterman, Adam Rodriguez, Jason Zeif, Dan Ciarcia, John Landi, Gary Link, and Bleakley, Platt & Schmidt LLP who were named in the Original Complaint in this matter, as well as Defendants Katherine E. Krahulik, Steven Fraietta, Ingrid O'Sullivan, Susan Siegel, Phyllis Bock, Aaron Bock, John Tegeder, Dave Paganelli, and Yorktown Land Trust who were named as additional defendants in the Amended Complaint in the above-captioned matter (collectively, the "Yorktown Defendants"). We write to request an extension of the time to file a motion to dismiss on behalf of all Yorktown Defendants.

The deadline for filing a motion to dismiss for those Yorktown Defendants who were added in the Amended Complaint is March 31, 2026, while the deadline for those Yorktown Defendants named in the original complaint would be February 13, 2026. Given the voluminous nature of Plaintiff's Amended Complaint (over 100 pages of allegations, asserting 19 claims against more than 40 defendants), the Yorktown Defendants request additional time to prepare their motion to dismiss to April 17, 2026. We note that the County Defendants filed a letter requesting April 17, 2026 as the deadline for their motion to dismiss the Amended Complaint. (DE #99).

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

/s/ Eliza M. Scheibel, Esq.

1133 Westchester Avenue | White Plains, NY 10604 | p 914.323.7000 | f 914.323.7001 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Long Island, NY
Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA | Merrillville, IN
Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR | Raleigh, NC
San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

325490283v.1

Application GRANTED. The deadline for all Yorktown Defendants, as set forth above, to answer or otherwise respond to the Complaint is hereby extended to April 17, 2026. The Clerk of Court is directed to terminate ECF No. 114.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: February 5, 2026
        White Plains, New York