UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN A. BARTOLINI,

                           Plaintiff,

              -against-

TOWN OF YORKTOWN, et al.,

                           Defendants.

25-CV-8508(JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court has received Plaintiff's request to substitute a party without filing a Second Amended Complaint. *See* ECF No. 115. The Court HEREBY DENIES that request. The Court grants Plaintiff permission to substitute Maria Ricci for Isabel Klein and terminates Isabel Klein as a defendant. To effectuate the substitution, Plaintiff must file a Second Amended Complaint by **February 17, 2026**, and serve it on any Defendants who have not yet appeared on the electronic filing system, ECF, for this case at the time of filing. Plaintiff shall file proof of service on the docket.

Additionally, Defendants Frost and Lynch recently noted that they filed Counterclaims against Plaintiff that remain unanswered. *See* ECF Nos. 42, 116. **By March 9, 2026**, Plaintiff is directed to answer or otherwise respond to their Counterclaims. The Court of Clerk is directed to issue a summons for Maria Ricci, terminate Isabel Klein as a party from this action, and terminate ECF No. 115.

Dated:  February 9, 2026
        White Plains, New York

                                        SO ORDERED.

                                        _Jessica Clarke_
                                        JESSICA G. L. CLARKE
                                        United States District Judge