UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN A. BARTOLINI,

                              Plaintiff,

            -against-

TOWN OF YORKTOWN, et al.,

                              Defendants.

25-CV-8508 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On March 16, 2026, *pro se* Plaintiff John A. Bartolini filed a motion seeking a temporary stay of, or protective order regarding, a New York Municipal Law § 50-h examination, claiming that it constitutes waiver of his Fifth Amendment rights in a parallel state court criminal proceeding. Mr. Bartolini's motion is DENIED, as this Court has no jurisdiction to grant the relief requested. Even if the Court did have jurisdiction, Mr. Bartolini's motion would still be frivolous, because, among many other reasons, a plaintiff "must show reasonable cause to apprehend danger from each particular question asked during the deposition" to merit a protective order. *Brawer v. Carter*, No. 94 CIV. 4632 (DC), 1995 WL 616036, at *3 (S.D.N.Y. Oct. 18, 1995) (citing Hoffman v. United States, 341 U.S. 479, 486–87 (1951)). For the reasons stated in the Town's opposition (ECF No. 140), the Court also denies Plaintiff's request for a sealing order.

The Court previously required Mr. Bartolini to request leave of Court for "any further amended or renewed petitions for emergency relief." ECF No. 130. Mr. Bartolini is warned that additional frivolous motions will result in the Court imposing a broader letter-motion requirement, which would compel him to first ask the Court for permission before filing any

motions. Any motions filed without first seeking leave of the Court would then be denied on that basis alone.

Dated:  March 23, 2026
       White Plains, New York

                                         SO ORDERED.

                                         *Jessica Clarke*

                                         JESSICA G. L. CLARKE
                                         United States District Judge