UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN A. BARTOLINI, | |
| Plaintiff, | |
| -against- | 25-CV-8508 (JGLC) |
| TOWN OF YORKTOWN, et al., | **ORDER** |
| Defendants. | |

JESSICA G. L. CLARKE, United States District Judge:

It is HEREBY ORDERED that the parties appear for a status conference before the Court on April 23, 2026, at 12:00 PM. The conference shall be in Courtroom 320 of the Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150. Additionally, because Plaintiff has filed an Amended Complaint, previously filed motions to dismiss are moot. Accordingly, the Clerk of Court is directed to terminate ECF Nos. 18, 21, 38, and 41.

Dated:  April 3, 2026
          White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge