UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN A. BARTOLINI,<br><br>                    Plaintiff,<br><br>          -against-<br><br>TOWN OF YORKTOWN, et al.,<br><br>                    Defendant. | 25-CV-8508 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

By June 12, 2026, Mr. Bartolini shall file his Opposition to the pending Motions to Dismiss. *See* ECF Nos. 143, 161–62, 169, 178, 180–82, 186, 190, 192, 196, 199–200, 204. Mr. Bartolini shall consolidate his Opposition into one document, which shall not exceed 21,000 words (approximately 60 pages). Any enlargement request must be filed June 9, 2026. The Reply for all Defendants with outstanding Motions to Dismiss shall be filed by July 10, 2026. Similarly, Defendants Frost and Lynch shall oppose Plaintiff's Motion to Dismiss their counterclaims (ECF No. 135) by June 12, 2026, and Plaintiff's Reply is due July 10, 2026. As stated on the record during the April 23, 2026 status conference, Mr. Bartolini may not file any further amended complaint without the consent of all Defendants or leave of Court. *See* Fed. R. Civ. P. 15(a)(2). The Clerk of Court is directed to mail a copy of this Order to all pro se parties who have not consented to electronic service.

Dated:  April 27, 2026
         White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge