UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN A. BARTOLINI,

                          Plaintiff,

            -against-                                    25-CV-8508 (JGLC)

TOWN OF YORKTOWN, et al.,                                **ORDER**

                          Defendants.

JESSICA G. L. CLARKE, United States District Judge:

On May 7, 2026, Plaintiff John A. Bartolini (proceeding pro se) filed a "Motion for Reconsideration and Leave to Supplement Pleading." *See* ECF No. 211. Mr. Bartolini appears to take issue with a status conference held on April 23, 2026, during which the Court set a briefing schedule on the pending motions to dismiss and stayed discovery pending their resolution. *See* ECF No. 210. Although the Court gave Mr. Bartolini an opportunity to respond to Defendants during the status conference, he contends that he "had no meaningful opportunity to formulate verbal rebuttals." ECF No. 211 at 3. As the Court previously directed, Mr. Bartolini shall respond substantively to the motions to dismiss with the briefing schedule set forth in ECF No. 210. That briefing schedule remains in force.

Mr. Bartolini also appears to misunderstand the status of his case following the conference. *See, e.g.*, ECF No. 211 at 1 (referencing "trimming" defendants). At no point did the Court dismiss any of the forty-two name defendants in this action. Rather, the Court encouraged Mr. Bartolini to streamline his claims to focus on the parties against who he might have actionable claims and from who he can obtain the relief he seeks. The Court rendered no decisions on the merits of his claims during the conference. Accordingly, there is nothing to reconsider.

Finally, Mr. Bartolini requests leave to file a supplemental pleading that adds an additional claim for malicious prosecution. *Id.* at 3. Mr. Bartolini may file a motion under Rule 15(d) of the Federal Rules of Civil Procedure by May 22, 2026. His motion should include a proposed Third Amended Complaint and a redline showing all differences between the original and revised filing. The Court will only consider a proposed Third Amended Complaint that makes no changes other than adding the malicious prosecution claim against any Town of Yorktown Defendants to which this claim applies. The parties may then brief the motion in the normal course. For avoidance of confusion, leave to file a motion under Rule 15(d) does not adjourn or otherwise stay the briefing scheduling on the pending motions to dismiss. The Clerk of Court is directed to terminate ECF No. 211.

Dated: May 8, 2026
      White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge